```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MARY ANDERSON-CHICO            :     CIVIL ACTION
                               :
      v.                        :
                               :
CERIDA INVESTMENT CORP., et al.:     NO. 22-2742

### ORDER

AND NOW, this 2nd day of November, 2022, it having been reported to the court that the issues between the plaintiff and defendant have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that this action is DISMISSED with prejudice and without costs.

                                             BY THE COURT:

                                             /s/ Harvey Bartle III
                                                           J.